IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONARCH GROVE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FARMERS INSURANCE COMPANY, and MID-CENTURY INSURANCE COMPANY, <br><br> Defendants. | 8:21CV184 <br><br> ORDER OF RECUSAL <br> REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 2nd day of July 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge