# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MONARCH GROVE ASSOCIATION, INC.,**<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**MID-CENTURY INSURANCE COMPANY,**<br><br>        **Defendant.** | **8:21CV184**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 20, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 18th day of May, 2023.

                                          BY THE COURT:

                                          s/Michael D. Nelson<br>
                                          United States Magistrate Judge