IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MONARCH GROVE ASSOCIATION, INC.,

Plaintiff,

vs.

FARMERS INSURANCE COMPANY, and
MID-CENTURY INSURANCE COMPANY,

Defendants.

**8:21CV184**

**ORDER ON JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing 47. The parties request that this matter be dismissed with prejudice, with each party to pay its own costs and attorney's fees. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 47, is granted, and this matter is dismissed with prejudice, with each party to pay its own costs and attorney's fees.

Dated this 6th day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge